UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 25·229 LMP/JFD

UNITED STATES OF AMERICA,

**INDICTMENT**

Plaintiff,

18 U.S.C. § 2252(a)(4)
18 U.S.C. § 2252(b)(2)

v.

ANTHONY JOHN CROWLEY,

Defendant.

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Possession of Child Pornography)

On or about January 24, 2023, in the State and District of Minnesota, the defendant,

**ANTHONY JOHN CROWLEY,**

did knowingly possess one or more matters which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, including, but not limited to, a file with the title "32c01135-5c4f-aea1-5944257736cf.jpeg," that depicts an image of a minor victim engaged in sexually-explicit conduct.

SCANNED
JUN 10 2025
U.S. DISTRICT COURT MPLS

U.S. v. Crowley

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## COUNT 2
### (Possession of Child Pornography)

On or about January 24, 2023, in the State and District of Minnesota, the defendant,

**ANTHONY JOHN CROWLEY,**

did knowingly possess one or more matters which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, including, but not limited to, an = file with the title "f71b07bf-4d17-4b4f-9a12-0cb99fcab0e2.jpeg," that depicts images of a minor victim engaged in sexually-explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

Counts 1-2 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures

2

U.S. v. Crowley

pursuant to Title 18, United States Code, Section 2253(a) and Title 28, United States Code, Section 2461(c).

If convicted of Counts 1-2 of the Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

1. Any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the above property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____    _____
ACTING UNITED STATES ATTORNEY    FOREPERSON

3